**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
 E-Mail: kardassakis@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, AMERICAN CASUALTY COMPANY OF READING, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RUDOLPH JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN CASUALTY COMPANY OF READING PA, a Pennsylvania Corporation, DOES 1-100,<br><br>    Defendants. | CASE NO. 4:09-cv-02125-SC<br><br>The Hon. Samuel Conti<br>Courtroom 1<br><br>**STIPULATION REQUESTING ORDER EXTENDING TIME TO COMPLETE MEDIATION; AND [PROPOSED] ORDER**<br><br>Action Filed: April 7, 2009<br>Trial Date:    None Set |

Plaintiff Philip Johnson and Defendant American Casualty Company of Reading, PA, by and through their counsel, stipulate and request an Order extending the time to complete mediation until January 21, 2010 or such other time as the court directs.

The good cause for this is as follows:

1.  On August 18, 2009 the parties stipulated to select mediation as the ADR process and proposed a November 20, 2009 ADR deadline.

2.  On August 20, 2009 the court ordered the matter referred to mediation with a November 20, 2009 mediation completion deadline.

3. On September 9, 2009 the court appointed Arnold B. Haims as the mediator assigned to this case.

4. On October 20, 2009 defendant American Casualty Company of Reading, PA filed a motion for summary judgment which motion is currently set for hearing on December 4, 2009. If granted, that motion will completely resolve all claims presented in this suit. Plaintiff intends to oppose the motion.

5. The parties have consulted with each other and believe mediation will not be productive until defendant's pending motion for summary judgment is heard and ruled upon.

6. Counsel for American Casualty contacted the staff of the mediator, Mr. Haims, and was advised that Mr. Haims has no objection to the court extending the deadline for completing mediation to a time after the hearing on the defendant's motion for summary judgment.

7. A status conference is currently scheduled in this action for January 22, 2009.

DATE: November 9, 2009          JON P. KARDASSAKIS
                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By: _____
                                    Jon P. Kardassakis
                                    Attorneys for Defendant, AMERICAN
                                    CASUALTY COMPANY OF READING, PA


DATE: November 7, 2009          By: _____
                                    Thomas G. Lewellyn
                                    Attorneys for Plaintiff PHILIP RUDOLPH
                                    JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RUDOLPH JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN CASUALTY COMPANY OF READING PA, a Pennsylvania Corporation, DOES 1 -100,<br><br>　　　　Defendants. | CASE NO. 4:09-cv-02125-SC<br><br>The Hon. Samuel Conti<br>Courtroom 1<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLETE MEDIATION<br><br>Action Filed:<br>Trial Date:　None Set |

Pursuant to the stipulation of the parties, and for good cause shown, it is Ordered that the time for the parties to complete mediation is extended to January 21, 2010.

　　　　November 10, 2009
DATE: ~~December ___, 2009~~



Hon. S
Judge

4826-8373-2229.1

1

4:09-cv-02125-SC

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO COMPLETE MEDIATION

