John E. Peer (SBN: 95978)
Katy A. Nelson (SBN: 173759)
WOOLLS & PEER
One Wilshire Boulevard, 22nd Floor
Los Angeles, CA 90017
(213) 629-1600
(213) 629-1660

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson<br><br>Plaintiff(s)<br>v.<br>American Casualty Company of Reading, PA, a Pennsylvania Corporation<br><br>Defendant(s) | CASE NUMBER:<br>3:09-cv-02125-SC<br><br>**SUBSTITUTION OF ATTORNEY** |

American Casualty Company of Reading, PA  ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby substitutes Woolls & Peer                                    95978     who is
                                                              *State Bar Number*

☒ Retained Counsel ☐ Court Appointed Counsel ☐ Pro Per  One Wilshire Boulevard, 22nd Floor
                                                              *Street Address*

Los Angeles, CA 90017          (213) 629-1600      (213) 629-1660     as attorney
*City, State, Zip Code*         *Telephone Number*   *Facsimile Number*

of record in the place and stead of Lewis Brisbois Bisgaard & Smith LLP
                                    *Present Attorney*

Dated: February 14, 2011                    _[signature]_ Karen S. Maher
                                            Director and Claims Counsel, Worldwide Claims

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: February 15, 2011                    _[signature]_
                                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: February 15, 2011                    _[signature]_ John E. Peer
                                            *Signature of New Attorney*

Substitution of Attorney is hereby ☐ Approved. ☐ Denied.

Dated: 2/25/11                              _[seal: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]_
                                            United States Judge

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (10/01)

# FEDERAL COURT PROOF OF SERVICE
*Johnson v. American Casualty, et al* - Case No: 3:09-cv-02125-SC
File No. 50013-651

STATE OF CALIFORNIA, COUNTY OF Los Angeles

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 18, 2011, I served the following document(s): **SUBSTITUTION OF ATTORNEY.** I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

John Peer
PEER & WOOLLS
624 S. Grand Avenue
Los Angeles, CA 90017-3335
T: (213) 629-8791

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below:
tlewellynlaw@sbcglobal.net - Thomas Gerad Lewellyn
tburke@bprlaw.com – Thomas P. Burke, II

///

4827-8494-6952.1

1

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 18, 2011, at Los Angeles, California.

_____
Cora Ruvalcaba