1  JOHN E. PEER, Bar No. 95978
   KATY A. NELSON, Bar No. 173759
2  **WOOLLS & PEER**
   A Professional Corporation
3  One Wilshire Boulevard, 22nd Floor
   Los Angeles, California 90017
4  Telephone:   (213) 629-1600
   Facsimile:   (213) 629-1660
5  jpeer@woollspeer.com, knelson@woollspeer.com
   Attorneys for Defendant American Casualty
6  Company of Reading, PA

7  Thomas P. Burke. II – Arizona State Bar #009631 [pro hac vice]
   BURKE PANZARELLA RICH
8  2198 E. Camelback Road, Suite 375
   Phoenix. AZ  85016
9  (602) 222-4848
   (602) 222-4858 – FAX
10 Email:  minuteentries@bprlaw.com

11 Thomas G. Lewellyn - (California State Bar #111733)
   1151 Harbor Bay Parkway, Suite 142
12 Alameda. CA 94502
   (510) 337-1600
13 (510) 337-7904 – FAX
   Email:  tlewellynlaw@sbcglobal.net

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>            Plaintiff,<br><br>v.<br><br>American Casualty Company of Reading, PA, a Pennsylvania Corporation,<br><br>            Defendants. | Case No.: 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION AND ORDER RE ENLARGING TIME FOR DISCOVERY (Civil L.R. 6-2)**<br><br>Trial Date:                    11/15/11<br>Pretrial Conference:     11/14/11<br>Discovery Cutoff Date:  9/15/11 |

    WHEREAS, Civil L.R. 6-2 provides for an issuance of an order enlarging time for court-ordered deadlines;

    WHEREAS this court, on March 4, 2011, ordered that all discovery shall be completed and all depositions taken by September 15, 2011;

1

1   WHEREAS the parties have been diligently engaged in scheduling and taking
2   percipient witness depositions all over the United States and will complete percipient witness
3   depositions by September 15, 2011;
4   WHEREAS the parties need a short enlargement of time to allow for deposition
5   transcripts to be prepared and for their expert witnesses to review the remaining transcripts
6   before expert depositions proceed;
7   THE PARTIES, THROUGH THEIR ATTORNEYS OF RECORD HEREIN,
8   THEREFORE STIPULATE that the deadline for completion of deposition be extended from
9   September 15, 2011 to September 30, 2011.
10   IT IS SO STIPULATED

DATED: August 30, 2011

WOOLLS & PEER
A Professional Corporation

_/s/ Katy A. Nelson_
JOHN E. PEER
KATY A. NELSON
Attorneys for Defendant American Casualty
Company of Reading, PA

BURKE PANZARELLA RICH

DATED: August 30, 2011

_/s/ Thomas P. Burke_
Thomas P. Burke, II
Attorney for Plaintiff Philip Rudolph Johnson

IT IS HEREBY ORDERED that the Stipulation and Order is hereby approved and adopted as the Order of the Court.

Dated: 8/30/11   _____
Hon. Samuel Conti, U.S. District Judge

**IT IS SO ORDERED**
Judge Samuel Conti