Thomas P. Burke, II – (Arizona State Bar #009631 [pro hac vice])
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix, AZ  85016
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Thomas G. Lewellyn - (California State Bar #111733)
1151 Harbor Bay Parkway, Suite 142
Alameda, CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email:  tlewellynlaw@sbcglobal.net

John E. Peer, Bar No. 95978
Katy A. Nelson, Bar No. 173759
WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty Company of Reading, PA

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>          Plaintiff,<br><br>vs.<br><br>American Casualty Company of Reading PA, a Pennsylvania Corporation; DOES 1-100,<br><br>          Defendant. | Case No. 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>STIPULATION AND ORDER RE ENLARGING TIME FOR DISCOVERY FOR CONVENIENCE OF WITNESS (Civil L.R. 6-2)<br><br>Trial Date:                    11/15/11<br>Pretrial conference:      11/14/11<br>Discovery Cutoff Date: 9/15/11 |

-1-

Witness Janie Ferguson has been subpoenaed for a deposition to take place on September 13, 2011. Ms. Ferguson's personal counsel contacted undersigned counsel for the parties to request a rescheduling of Ms. Ferguson's deposition due to her counsel's calendar conflict. Undersigned counsel for the parties are willing to accommodate the request and reschedule the deposition to September 21, 2011 subject to this court enlarging time for the court-ordered deadline of completing depositions by September 15, 2011.

Accordingly, to accommodate the schedule of witness Ferguson and her counsel, the parties, through undersigned counsel, hereby stipulate that the deposition of Ms. Ferguson may take place on September 21, 2011.

DATED this 12th day of September, 2011.

BURKE PANZARELLA RICH

/s/ Thomas P. Burke, II
Thomas P. Burke, II
Attorneys for Plaintiff


/s/ Katy A. Nelson
John E. Peer
Katy A. Nelson
Attorneys for Defendant American Casualty Company of Reading, PA


IT IS HEREBY ORDERED that this stipulation is hereby approved and adopted as the order of the court.

Dated: 9/13/11



_____
The Honorable _____, District Judge

-2-