Thomas P. Burke, II – (Arizona State Bar #009631 [pro hac vice])
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix, AZ  85016
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Thomas G. Lewellyn - (California State Bar #111733)
1151 Harbor Bay Parkway, Suite 142
Alameda, CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email:  tlewellynlaw@sbcglobal.net

John E. Peer, Bar No. 95978
Katy A. Nelson, Bar No. 173759
WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty Company of Reading, PA

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Philip Rudolph Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>American Casualty Company of Reading PA, a Pennsylvania Corporation; DOES 1-100,<br><br>    Defendant. | Case No. 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>STIPULATION AND ORDER RE ENLARGING TIME FOR PLAINTIFF TO REPLY TO MOTIONS IN LIMINE<br><br>Trial Date:              11/15/11<br>Pretrial conference:    11/14/11<br>Discovery Cutoff Date: 9/15/11 |
|---|---|

Plaintiff Johnson filed two Motions in Limine on September 2, 2011 [Docket #67 and #69]. Defendant filed its Responses thereto on September 16, 2011 [Docket #80 and #81]. Pursuant to the court's order, plaintiff's Replies are due September 23, 2011.

Undersigned counsel is conducting depositions in this matter in Nevada and California this week. Undersigned counsel for plaintiff requests an extension to file Replies to the Motions in Limine to Tuesday, September 27, 2011. Counsel for defendant is agreeable to this short extension.

Accordingly, counsel respectfully request an order extending the deadline for plaintiff to Reply to his Motions in Limine to September 27, 2011.

DATED this 21st day of September, 2011.

                BURKE PANZARELLA RICH

                /s/ Thomas P. Burke, II
                Thomas P. Burke, II
                Attorneys for Plaintiff

                /s/ Katy A. Nelson
                John E. Peer
                Katy A. Nelson
                Attorneys for Defendant American Casualty
                Company of Reading, PA

IT IS HEREBY ORDERED that this stipulation is hereby approved and adopted as the order of the court.

Dated: 9/22/11

                _____
                The Honorable S. Conti
                District

IT IS SO ORDERED
Judge Samuel Conti