1  Thomas P. Burke, II – (Arizona State Bar #009631 [pro hac vice])
   BURKE PANZARELLA RICH
2  2198 E. Camelback Road, Suite 375
3  Phoenix, AZ  85016
   (602) 222-4848
4  (602) 222-4858 – FAX
   Email:  minuteentries@bprlaw.com
5
6  Thomas G. Lewellyn - (California State Bar #111733)
   1151 Harbor Bay Parkway, Suite 142
7  Alameda, CA 94502
   (510) 337-1600
8  (510) 337-7904 – FAX
   Email:  tlewellynlaw@sbcglobal.net
9
10 John E. Peer, Bar No. 95978
   Katy A. Nelson, Bar No. 173759
11 WOOLLS & PEER
   A Professional Corporation
12 One Wilshire Boulevard, 22nd Floor
13 Los Angeles, California 90017
   Telephone:  (213) 629-1600
14 Facsimile:  (213) 629-1660
   jpeer@woollspeer.com, knelson@woollspeer.com
15 Attorneys for Defendant American Casualty
16 Company of Reading, PA

17 Attorneys for Plaintiff

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Philip Rudolph Johnson, | Case No. 3:09-cv-02125-SC |
| 21         Plaintiff, | Assigned to the Hon. Samuel Conti |
| 22  vs. | STIPULATION AND ORDER RE ENLARGING TIME FOR PLAINTIFF |
| 23  American Casualty Company of Reading | TO REPLY TO MOTIONS IN LIMINE |
| 24  PA, a Pennsylvania Corporation; DOES 1-100, | Trial Date:              11/15/11 |
| 25  | Pretrial conference:     11/14/11 |
|     | Discovery Cutoff Date: 9/15/11 |
| 26         Defendant. | |

-1-

Plaintiff Johnson filed two Motions in Limine on September 2, 2011 [Docket #67 and #69]. Defendant filed its Responses thereto on September 16, 2011 [Docket #80 and #81]. Pursuant to the court's order, plaintiff's Replies are due September 23, 2011.

Undersigned counsel is conducting depositions in this matter in Nevada and California this week. Undersigned counsel for plaintiff requests an extension to file Replies to the Motions in Limine to Tuesday, September 27, 2011. Counsel for defendant is agreeable to this short extension.

Accordingly, counsel respectfully request an order extending the deadline for plaintiff to Reply to his Motions in Limine to September 27, 2011.

DATED this 21st day of September, 2011.

            BURKE PANZARELLA RICH

              /s/  Thomas P. Burke, II
            Thomas P. Burke, II
            Attorneys for Plaintiff


            /s/  Katy A. Nelson
            John E. Peer
            Katy A. Nelson
            Attorneys for Defendant American Casualty
            Company of Reading, PA

IT IS HEREBY ORDERED that this stipulation is hereby approved and adopted as the order of the court.

Dated:   9/22/11

            _____
            The Honorable Samuel Conti
            District

IT IS SO ORDERED
Judge Samuel Conti