Thomas P. Burke, II – (Arizona State Bar #009631 [pro hac vice])
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix, AZ  85016
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Thomas G. Lewellyn - (California State Bar #111733)
1151 Harbor Bay Parkway, Suite 142
Alameda, CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email:  tlewellynlaw@sbcglobal.net

John E. Peer, Bar No. 95978
Katy A. Nelson, Bar No. 173759
WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:  (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty Company of Reading, PA

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>American Casualty Company of Reading PA, a Pennsylvania Corporation; DOES 1-100,<br><br>Defendant. | Case No. 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>STIPULATION AND ORDER RE ENLARGING TIME FOR PLAINTIFF TO RESPONND TO MOTIONS IN LIMINE<br><br>Trial Date:              03/05/12<br>Pretrial conference:   02/24/12<br>Discovery Cutoff Date: 9/30/11 |

Defendants have filed six Motions in Limine [Docket #73, #74, #75, #76, #77 and #78]. The parties stipulate that Plaintiff Johnson may have until October 14, 2011 to respond to those motions based on the following good reasons.

First, the parties have cooperatively worked toward completion of depositions which have involved considerable effort and travel every week for the past month, with the last deposition completed just yesterday (Sept 29). Second, the parties are scheduled to participate in a private mediation next week (Oct 6), and effort is now directed toward the mediation. Third, the court has reset trial and the hearing on pending Motions in Limine (and the Pretrial Conference) by approximately four months. (Docket #86). Thus, the short extension is reasonable.

Accordingly, counsel respectfully request an order extending the deadline for plaintiff to respond to defendants' Motions in Limine to October 14, 2011.

DATED this 30th day of September, 2011.

> BURKE PANZARELLA RICH
> /s/ Thomas P. Burke, II
> Thomas P. Burke, II
> Attorneys for Plaintiff
>
> /s/ Katy A. Nelson
> John E. Peer
> Katy A. Nelson
> Attorneys for Defendant American Casualty
> Company of Reading, PA

IT IS HEREBY ORDERED that this stipulation is hereby approved and adopted as the order of the court.

Dated:   10/4/11

_____
The Honorable Samuel Conti
District Judge



-2-