JOHN E. PEER, Bar No. 95978
KATY A. NELSON, Bar No. 173759
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:    (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty
Company of Reading, PA

Thomas P. Burke. II – Arizona State Bar #009631 [pro hac vice]
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix. AZ  85016
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Thomas G. Lewellvn - (California State Bar #111733)
1151 Harbor Bav Parkway, Suite 142
Alameda. CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email:  tlewellynlaw@sbcglobal.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>Plaintiff,<br><br>v.<br><br>American Casualty Company of Reading, PA, a Pennsylvania Corporation,<br><br>Defendants. | Case No.: 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION AND ORDER RE ENLARGING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT (Civil L.R. 6-2)**<br><br>Trial Date:               3/5/2012<br>Pretrial Conference:  2/24/2012<br>Discovery Cutoff Date:  9/30/2011 |

Plaintiffs filed a Second Amended Complaint pursuant to court order on September 20, 2011.  Responses are currently due on October 7, 2012.

1

The parties have been diligently engaged in scheduling and taking percipient witness depositions and expert depositions, which were completed on September 29, 2011, and the parties are preparing for mediation on October 6, 2011.

The parties' efforts are currently focused on the October 6th mediation. The the trial was continued from November 15, 2011 to March 5, 2012, and the parties agree that a short extension of time for defendants to respond to the Second Amended Complaint may help facilitate settlement discussions and also is reasonable under the circumstances.

Accordingly the parties, through their attorneys of record herein, stipulate that the deadline for defendants to respond to the Second Amended Complaint be extended from October 7, 2011 to October 21, 2011.

IT IS SO STIPULATED

DATED: October 3, 2011     WOOLLS & PEER
                           A Professional Corporation

                           /s/
                           _____
                           JOHN E. PEER
                           KATY A. NELSON
                           Attorneys for Defendant American Casualty
                           Company of Reading, PA

                           BURKE PANZARELLA RICH

DATED: October 3, 2011

                           /s/
                           _____
                           Thomas P. Burke, II
                           Attorney for Plaintiff Philip Rudolph Johnson

IT IS HEREBY ORDERED that the Stipulation and Order is hereby approved and adopted as the Order of the Court.

Dated: 10/4/11             _____
                           Hon. Samuel Conti



[CASE NO.: 3:09-CV-02125-SC]
STIPULATION AND ORDER ENLARGING TIME

262274.1