JOHN E. PEER, Bar No. 95978
KATY A. NELSON, Bar No. 173759
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:    (213) 629-1600
Facsimile:    (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty
Company of Reading, PA

Thomas P. Burke. II – Arizona State Bar #009631 [pro hac vice]
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix. AZ  85016
(602) 222-4848
(602) 222-4858 – FAX
Email:  minuteentries@bprlaw.com

Thomas G. Lewellvn - (California State Bar #111733)
1151 Harbor Bav Parkway, Suite 142
Alameda. CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email: tlewellynlaw@sbcglobal.net

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>             Plaintiff,<br><br>   v.<br><br>American Casualty Company of Reading, PA, a Pennsylvania Corporation,<br><br>             Defendants. | Case No.: 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION RE DISMISSAL**<br>**[FRCP 41]**<br><br>Trial Date:              3/5/2012<br>Pretrial Conference:   2/24/2012 |

     Plaintiff Philip Rudolph Johnson and Defendants American Casualty Company of Reading, PA and Continental Casualty Company (collectively "American Casualty") have negotiated and executed a settlement agreement in this action, each party to bear his or its own costs.

1

WOOLLS & PEER
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017

1        Therefore, Johnson and American Casualty hereby stipulate to the dismissal of the

2   entire action with prejudice.

3        IT IS SO STIPULATED

4

5   DATED: October  19, 2011                    WOOLLS & PEER
                                                A Professional Corporation
6

7                                                    /s/

8                                               JOHN E. PEER
                                                KATY A. NELSON
9                                               Attorneys for Defendant American Casualty
                                                Company of Reading, PA
10

11  DATED: October 19, 2011                     BURKE PANZARELLA RICH

12                                                   /s/

13                                              Thomas P. Burke, II
                                                Attorney for Plaintiff Philip Rudolph Johnson
14

15

16

17

18

19

20

21                              10/27/11

22

23

24

25

26

27

28

2

[CASE NO.: 3:09-CV-02125-SC]
STIPULATION RE DISMISSAL

262274.1