JOHN E. PEER, Bar No. 95978
KATY A. NELSON, Bar No. 173759
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:   (213) 629-1600
Facsimile:    (213) 629-1660
jpeer@woollspeer.com, knelson@woollspeer.com
Attorneys for Defendant American Casualty
Company of Reading, PA

Thomas P. Burke. II – Arizona State Bar #009631 [pro hac vice]
BURKE PANZARELLA RICH
2198 E. Camelback Road, Suite 375
Phoenix. AZ 85016
(602) 222-4848
(602) 222-4858 – FAX
Email: minuteentries@bprlaw.com

Thomas G. Lewellyn - (California State Bar #111733)
1151 Harbor Bay Parkway, Suite 142
Alameda. CA 94502
(510) 337-1600
(510) 337-7904 – FAX
Email: tlewellynlaw@sbcglobal.net

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Rudolph Johnson,<br><br>Plaintiff,<br><br>v.<br><br>American Casualty Company of Reading, PA, a Pennsylvania Corporation,<br><br>Defendants. | Case No.: 3:09-cv-02125-SC<br>Assigned to the Hon. Samuel Conti<br><br>**STIPULATION RE DISMISSAL [FRCP 41]**<br><br>Trial Date:             3/5/2012<br>Pretrial Conference:  2/24/2012 |

Plaintiff Philip Rudolph Johnson and Defendants American Casualty Company of Reading, PA and Continental Casualty Company (collectively "American Casualty") have negotiated and executed a settlement agreement in this action, each party to bear his or its own costs.

1

262274.1

[CASE NO.: 3:09-CV-02125-SC]
STIPULATION RE DISMISSAL

1  Therefore, Johnson and American Casualty hereby stipulate to the dismissal of the
2  entire action with prejudice.
3  IT IS SO STIPULATED

4
5  DATED: October 19, 2011        WOOLLS & PEER
                                   A Professional Corporation
6
7                                  /s/
                                   _____
8                                  JOHN E. PEER
                                   KATY A. NELSON
9                                  Attorneys for Defendant American Casualty
                                   Company of Reading, PA
10
11 DATED: October 19, 2011        BURKE PANZARELLA RICH
12
                                   /s/
13                                 _____
                                   Thomas P. Burke, II
14                                 Attorney for Plaintiff Philip Rudolph Johnson

15
16
17
18
19
20
21  10/27/11                       IT IS SO ORDERED
22                                 Judge Samuel Conti
23
24
25
26
27
28